# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARVEY PATRICK SHORT** | : | |
| v. | : | CIVIL ACTION NO. 18-3550 |
| **MARIROSA LAMAS** | : | |

## ORDER

This 9th day of January, 2019, upon careful consideration of Petitioner Harvey Patrick Short's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C.§ 2241 (ECF No. 1), it is hereby **ORDERED** that the Petition is **DENIED**.

      /s/ Gerald Austin McHugh
United States District Judge

1